UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-8452 DMG (MRW) | Date | May 16, 2014 |
|---|---|---|---|
| Title | Guest v. Miller | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

   In March 2014, the Attorney General filed a motion to dismiss this habeas action as untimely under AEDPA, procedurally barred, and unclear.  (Docket # 11.)  The Court issued an order informing Petitioner of the dismissal motion and requiring him to file his response to the motion by or before April 25.  (Docket # 13.)  The Court's order expressly informed Petitioner that his "failure to file a timely response may result in a recommendation that the action be dismissed with prejudice for failure to prosecute the case pursuant to Federal Rule of Civil Procedure 41(b)."  To date, however, Petitioner has not filed any response to the motion.

   Therefore, the Court orders Petitioner to show cause why the action should not be summarily dismissed.  Petitioner is required to file his response to the motion and an explanation as to the delay in filing his response by or before June 9, 2014.