UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH L. GUEST, | ) | Case No. CV 13-8452 DMG (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| AMY MILLER, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 31, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE